IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH D. ALPART, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 07-4457 |
| GENERAL LAND PARTNERS, INC., et al. | : | |
| Defendants | : | |

## ORDER

AND NOW this 29th day of October, 2010, upon consideration of Defendant's Motion to Enforce Confidential Settlement Filed Under Seal" (Doc. No. 122) and Plaintiff's Cross-Motion to Enforce Confidential Settlement Filed Under Seal (Doc. No. 126) and all briefs in support, together with consideration of oral argument of October 26, 2010, IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Plaintiff's motion is DENIED.

BY THE COURT:

/s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge